# jBlast | Fax Broadcasting

2 Gurdwara Road Suite 300
Ottawa, Ontario
K2E 1A2 Canada

**To:**
Nexus
32565 B Golden Lantern St. #236
Dana Point, CA
92629

## Invoice

| DATE | December 14 2015 |
|---|---|
| Invoice no. | 1000000 |
| Account # | 5492650 |
| PO Number | |

| Sevice | Account | PAYMENT TERMS | AMOUNT | |
|---|---|---|---|---|
| | Cost | Months | | |
| Dental Equities LLC | | | | |
| For : 1 000 000 Delivered Faxes | 5000.00 | 2 | | $10,000.00 |
| Project : | | | | |
| MasterCard Doctors Club Holiday and New Year Campaign | | | | |
| | | SUB TOTAL | | $10,000.00 |
| | | | | $10,000.00 |
| | | | Total Us | $10,000.00 |

Please send payment to:
j2 Global®
2 Gurdwara Suite 300
Ottawa Ontario
K2E 1A2
Canada

If you have any questions concerning this Invoice, Please contact the Accounts Receivable Dept. at (613)733-0000 Ext 7563

**Thank You For Your Business!**

DS001

**EXHIBIT A**