UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A.,
WILLIAM P. GRESS, S.C. and
FLORENCE MUSSAT, a Florida
corporation, individually and as the
representative of a class of similarly-
situated persons

    Plaintiffs,

v.                                                Case No:  2:16-cv-41-FtM-99MRM

DENTAL EQUITIES, LLC, JOHN
DOES (1-10) and FIRST ARKANSAS
BANK & TRUST,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **DENTAL EQUITIES, LLC** in Fort Myers, Florida on the 3rd day of May, 2016.

                                                      SHERYL L. LOESCH, CLERK

                                                      s/S. Upshaw, Deputy Clerk

Copies furnished to:

Counsel of Record