**EXHIBIT A**



# Doctors**Club**®

As your colleagues, we want to wish you a *Happy Holiday*
and to inform you that the Doctors Club is finally here!



Doctors Club is about empowering the healthcare community without borders in a 3 pronged
approach: Administration, Academics, and Finance. One of the benefits of Doctors Club
is its member identification credit card exclusively created for Healthcare Providers.
The prestigious credit card is attached to a unique world of unprecedented discounts
and benefits catering to our personal and business needs.

Be the first to *Pre-Order* the Exclusive Doctors Club World Elite MasterCard!

### Your New Card Includes:

» Access discounts and perks for your business and
personal use with over 5,000 vendors and hundreds of
thousands of offers

» Travel and vacation deals to more than 200 countries with
over 100,000 hotel choices

» Local, Regional, National and Universal Privileges

### Also, Enjoy the Additional MasterCard Benefits:

» Robust Reward Program with options for Cashback and Points redeemable for merchandise, gift cards, and travel*
» World Elite Concierge Services**
» Emergency Card Replacement
» MasterCard Identity Theft Resolution
» Master Rental Coverage
» Chauffeured Car Service**
» Lost and Delayed Baggage Insurance
» Purchase Protections
» Extended Warrantee
» Luxury Travel Program**

*Redemption of points for travel are subject to a ticketing fee of $31 online or $36/phone
**Additional terms and conditions apply. Services provide are subject to third party fees.

## The Only Credit Card that was Designed BY DOCTORS FOR DOCTORS.

### It Pays to Unite!

For more information and complete terms and conditions
or to APPLY, visit **TheDrClub.com** today!

Recipient may Opt-Out of any future faxes by emailing a request to OptOut@TheDrClub.com or by calling 949.202.1777