# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., *et. Al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DENTAL EQUITIES, LLC, *et al.* )<br>)<br>Defendants. ) | Civil No. 2:16-cv-00041-UA-MRM<br><br>**CLASS ACTION** |

## PLAINTIFFS' MOTION TO LIFT STAY

NOW COME the Plaintiffs, SCOMA CHIROPRACTIC, P.A., FLORENCE MUSSAT, M.D., S.C., and DR. WILLIAM P. GRESS, by and through their attorneys, and move this Honorable Court to lift the stay imposed on December 28, 2016 (Doc. 78). In support thereof, Plaintiffs state as follows:

1.   This Court's Order on December 28, 2016 (Doc. 78) specified that "[i]f plaintiffs opt-out of the underlying settlement, they are directed to file a notice with the Court, requesting that the stay be lifted."

2.   FLORENCE MUSSAT, M.D., S.C. opted out of the settlement in the Davis Neurology, P.A. v. Dental Equities, LLC, et al., Case No. 4:16-cv-371-BSM (E.D. Ark.) ("Davis action"). See Mussat Opt-Out Letter, attached hereto as Exhibit A.

3.   SCOMA CHIROPRACTIC, P.A., DR. WILLIAM P. GRESS and 46 additional class members filed objections in the Davis Action. See Objection to Final Approval of Class Settlement, attached hereto as Exhibit B. Within the Objection to Final Approval of Class Settlement, the objectors allege that no substantive discovery was conducted in the Davis Action nor was any type of confidentiality order ever entered.

4. Plaintiffs have reason to believe that discovery obtained in this case pursuant to the Agreed Confidentiality Order (Doc. 48) were improperly used in the Davis Action. If this is the case, Plaintiffs intend to seek redress in both here and in the Davis Action.

5. Defendant MasterCard International Incorporated ("MasterCard") filed its Corrected Answer, Affirmative Defenses, Cross Claims Against Defendants, Dental Equities, LLC, and First Arkansas Bank & Trust ("FAB") and Third Party Claim Against Peer Equities, LLC on February 6, 2017 (Doc. 87). Count II is MasterCard's cross claim against FAB for contractual indemnity.

WHEREFORE, Plaintiffs, SOMA CHIROPRACTIC, P.A., FLORENCE MUSSAT, M.D., S.C., and DR. WILLIAM P. GRESS respectfully request that this Honorable Court lift the stay imposed on December 28, 2016.

Respectfully submitted,

SCOMA CHIROPRACTIC, P.A., FLORENCE MUSSAT, M.D., S.C, and DR. WILLIAM P. GRESS, individually, and as the representative for a class of similarly-situated persons

By:  s/Ross M. Good
Ryan M. Kelly – FL Bar No.: 90110
Ross M. Good – FL Bar No.: 116405
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
rkelly@andersonwanca.com
rgood@andersonwanca.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I declare under penalty of perjury that on February 10, 2017, a copy of Plaintiffs' Motion for Extension of Time was filed with the CM/ECF systems which will serve copies on all parties of record.

                                        /s/Ross M. Good