UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A.,
WILLIAM P. GRESS and FLORENCE
MUSSAT M.D., S.C., a Florida corporation,
individually and as the representative of a
class of similarly-situated persons

    Plaintiffs,

v.                                                                Case No: 2:16-cv-41-FtM-99MRM

DENTAL EQUITIES, LLC, JOHN DOES
(1-10) and MASTERCARD
INTERNATIONAL INCORPORATED,

    Defendants.
_____/

MASTERCARD INTERNATIONAL INC.,
    Third-Party Plaintiff,

v.

PEER EQUITIES, LLC,

    Third Party Defendant.
_____/

**THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Pursuant to Court's Order (Doc. 141), the Court enters this Third Amended Case Management and Scheduling Order:

| | |
|---|---:|
| **Expert Discovery Deadline** | April 30, 2018 |
| **Motion for Class Certification** | May 14, 2018 |
| **Response to Motion for Class Certification** | June 11, 2018 |
| **Reply to Motion for Class Certification** | June 25, 2018 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | August 27, 2018 |

| | |
|---|---|
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **November 5, 2018** |
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word version should also be e-mailed to the Chambers e-mail address listed on the Court's website), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form found on the Court's website)** | **December 6, 2018** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs (Bench Trials only)** | **December 6, 2018** |
| **Final Pretrial Conference           Date:** <br> **                                        Time:** <br><br> **                      Judge:** | **December 17, 2018** <br> **9:00 AM** <br><br> **John E. Steele** |
| **Trial Term Begins** | **January 7, 2019** |

All other provisions of the previous Case Management and Scheduling Orders (Doc. 33, 125, 137) remain in effect unless expressly modified by subsequent order or herein.

**DONE AND ORDERED** in Fort Myers, Florida on March 19, 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties