**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., WILLIAM P. GRESS, and FLORENCE MUSSAT M.D., S.C., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 2:16-cv-00041-UA-MRM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS**
**TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Exhibit No. | Document Description |
|---|---|
| A | Deposition of Dr. Kianor Shahmohammadi (Aug. 16, 2016) ("Shah Dep. I") |
| B | Deposition of Dr. Kianor Shahmohammadi (Sept. 27, 2016) ("Shah Dep. II") |
| C | Deposition of Michael Zieg (Nov. 30, 2017) ("Zieg Dep.") |
| D | Mastercard's Answers to Pls.' Interrogatories |
| E | Revised Expert Report of Robert Biggerstaff (Dec. 1, 2017) ("Biggerstaff Report") w/o Exhibits |
| F | Deposition of John Paul Encarnacion (Nov. 30, 2017) ("Encarnacion Dep.") |
| G | Deposition of Louis Scoma (Nov. 17, 2017) ("Scoma Dep.") |
| H | Deposition of William P. Gress (Nov. 2, 2017) ("Gress Dep.") |
| I | Deposition of Loidy Tang (Nov. 2, 2017) ("Tang Dep.") |
| J | Anderson + Wanca Firm Resume |
| K | Declaration of Curtis C. Warner ("Warner Decl.") |
| L | Declaration of Daniel A. Edelman ("Edelman Decl.") |

| | |
|---|---|
| M | *Palm Beach Golf Ctr- Boca, Inc. v. Sarris,* No. 9:12-cv-80178-KMW, Order on Class Notice, Doc. 134 (S.D. Fla. Oct. 22, 2015) |
| N | Rebuttal Expert Report of Robert Biggerstaff (Mar. 14, 2018) ("Biggerstaff Rebuttal Report") |
| O | December 14, 2015 email from Dr. Shah to Encarnacion |
| P | December 17, 2015 emails between Dr. Shah and Zieg |
| Q | Declaration of Ross M. Good ("Good Decl.") |
| R | *WestFax, Inc. Petition for Consideration & Clarification*, CG Docket Nos. 02-278, 05-338 (Sept. 25, 2009) ("WestFax Petition") |

By: /s/ Ryan M. Kelly

Ryan M. Kelly – FL Bar No.: 90110
Ross M. Good – FL Bar No.: 116405
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
rkelly@andersonwanca.com
rgood@andersonwanca.com