## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MEYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., FLORENCE MUSSAT, M.D., S.C., and DR. WILLIAM P. GRESS, individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br>vs.<br>MASTERCARD INTERNATIONAL INC.,<br>Defendant. | Civil No. 2:16-cv-00041-UA-MRM<br><br>CLASS ACTION |

### DECLARATION OF JONATHAN MONTCALM IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION

JONATHAN MONTCALM declares under penalty of perjury of the laws of the United States as follows:

1. I am a partner of Dorsey & Whitney, LLP, counsel to defendant Mastercard International Incorporated. ("Mastercard"). I have been admitted to practice before this Court *pro hac vice* in the above-captioned action [ECF 103]. I submit this declaration in opposition to Plaintiffs' Amended Motion for Class Certification [ECF 159]. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Ken Sponsler, dated February 16, 2018.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff Scoma Chiropractic, P.A.'s Answers to Defendant Mastercard International Incorporated's First Set of Interrogatories, dated July 27, 2017.

4. Attached as Exhibit 3 are true and correct copies of excerpts from the document production of plaintiff Dr. William P. Gress, bearing Bates Nos. Gress000342-356, showing the Quick Reference Guide for the fax machine used at his office.

5. Attached as Exhibit 4 are true and correct copies of excerpts from the document production of plaintiff Florence Mussat, M.D., S.C. ("Mussat"), bearing Bates Nos. FLORENCE MUSSAT M.D., S.C. 000003-05, consisting of monthly statements for the services provided to Mussat by Vonage, Mussat's online fax service provider.

6. Attached as Exhibit 5 is a true and correct copy of Gress's Response to Defendant Mastercard International Incorporated's Interrogatories, dated July 27, 2017.

7. Attached as Exhibit 6 is a true and correct copy of Mussat's Answers to Defendant Mastercard International Incorporated's First Set of Interrogatories, dated July 26, 2017.

8. Attached as Exhibit 7 is a true and correct copy of the Declaration of Allen Tough, dated July 19, 2016.

9. Attached as Exhibit 8 is a true and correct copy of the Supplemental Declaration of Allen Tough, dated October 30, 2017.

10. Attached as Exhibit 9 is a true and correct copy of the Second Supplemental Declaration of Allen Tough, dated February 15, 2018.

11. Attached as Exhibit 10 is a true and correct copy of Career Counseling Inc.'s Comments on Amerifactors Financial Group, LLC's Petition for Expedited Declaratory Ruling, CG Docket Nos. 02-278, 05-338 (filed August 17, 2017).

12. Attached as Exhibit 11 is a true and correct copy of the First Amended Class Action Complaint in *Dhesi v. Avella of Deer Valley, Inc.*, No. 3:18-cv-06476 (N.D. Cal.) ("*Dhesi*"), dated June 6, 2019, Dkt. No. 53.

13. Attached as Exhibit 12 is a true and correct copy of Defendants' Motion for Judgement as a Matter of Law on the AmeriFactors Issue in *Dhesi*, dated February 21, 2020, Dkt. No. 86.

14. Using the names of the 66 declarants appended to Exhibit Q of Plaintiffs' Amended Motion for Class Certification, I had a colleague conduct searches in PACER to identify any cases where those declarants or their businesses were named plaintiffs in any TCPA junk fax putative class actions, and were represented by any one of Plaintiffs' attorneys in this case: Anderson + Wanca, Edelman Combs Latturner & Goodwin, or Curtis C. Warner.  At least 28 of the 66 declarants have been, or currently are, putative named representatives in TCPA junk fax putative class actions, and were or are represented by at least one of Plaintiffs' attorneys in this case.

15. Attached as Exhibit 13 is a true and correct copy of (a) a February 24, 2014 letter from Sherry L. Risley, Legal Analyst, Litigation and Contracts, Neustar, Inc., and (b) an April 29, 2014 Declaration of Ms. Risley, both of which were appended as one exhibit to Plaintiff's Memorandum in Support of Motion For Extension to Finalize the Subscriber List in *Physicians Healthsource, Inc. v. Stryker Sales Corp.*, No. 1:12-cv-729 (W.D. Mich.) ("*PHS*"), dated May 19, 2014, Dkt. No. 149 (the "*PHS* Extension Motion").

16. Attached as Exhibit 14 is a true and correct copy of the *PHS* Extension Motion.

17. Attached as Exhibit 15 the Second Expert Report of Robert Biggerstaff in *Keim v. ADF MidAtlantic, LLC*, No. 12-cv-80577 (S.D. Fla.) ("*Keim*"), dated January 5, 2017, Dkt. No. 211-20.

18. Attached as Exhibit 16 is a true and correct copy of Plaintiff's Memorandum in Support of Motion for Leave to Supplement Subscriber List *Instanter* in *PHS*, dated October 15, 2014, Dkt. No. 173.

19. Attached as Exhibit 17 is a true and correct copy of the Declaration of Robert Biggerstaff, dated July 31, 2019, which was appended to Plaintiff's Corrected Response in Opposition to Defendant's Motion to Decertify in *Keim*, dated August 5, 2019, Dkt. No. 405.

20. Attached as Exhibit 18 is a true and correct copy of the Reply Comments of Robert Biggerstaff's on Amerifactors Financial Group, LLC's Petition for Expedited Declaratory Ruling, CG Docket Nos. 02-278, 05-338 (filed September 1, 2017)


Dated:  May 27, 2020

                                                *s/ Jonathan Montcalm*
                                                JONATHAN MONTCALM