UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., WILLIAM P. GRESS, and FLORENCE MUSSAT M.D., S.C., individually and on behalf of a Class,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INC.,<br><br>Defendant. | No. 2:16-cv-00041-JLB-MRM |

## NOTICE OF CONFERRAL

In compliance with this Court's Order (Doc. 210) Plaintiffs hereby submits the following statement:

### Rule 3.01(g) Certification

From April 13-14, 2022, Plaintiffs' counsel conferred with counsel for Mastercard International concerning the proposed short-form order. (Doc. 209-1). Counsel for Mastercard International agrees to the content of the proposed short-form order.

By:   /s/ Ross M. Good

Daniel A. Edelman (*pro hac vice*)
Heather Kolbus
EDELMAN COMBS LATTURNER
& GOODWIN
20 S. Clark St., Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
dedelman@edcombs.com
hkolbus@edcombs.com

Curtis C. Warner
5 E. Market St., Suite 250
Corning, NY 14830
(888) 551-8685 (TEL)
cwarner@warner.legal

Ross M. Good – FL Bar No.: 116405
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
rkelly@andersonwanca.com
rgood@andersonwanca.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

               s/ Ross M. Good