IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., FLORENCE MUSSAT, M.D., S.C., and DR. WILLIAM P. GRESS, individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>MASTERCARD INTERNATIONAL INC.,<br><br>Defendant. | Civil No. 2:16-cv-41-JLB-MRM<br><br>CLASS ACTION |

**FIFTH AMENDED JOINT CASE MANAGEMENT REPORT**

Pursuant to the Court's May 25, 2022 Order (ECF 215), Plaintiffs Scoma Chiropractic, P.A., Dr. William P. Gress and Florence Mussat M.D., (collectively "Plaintiffs") and Defendant Mastercard International Inc. ("Defendant"), respectfully submit the following proposal for the Fifth Amended Joint Case Management Report:

| Event | Date |
|---|---|
| Deadline to Confirm Intention to Provide Expert Report and Identify Expert* | October 17, 2022 |
| Completion of Subpoena Process/Limited Fact Discovery Deadline | October 31, 2022 |
| Deadline to Supplement Expert Reports | November 14, 2022 |

| | |
|---|---|
| Deadline for Expert Depositions (limited in scope to information contained in supplemental expert reports) | December 23, 2022 |
| Deadline to file Dispositive Motion(s)** | January 13, 2023 |
| Deadline to file Opposition to Dispositive Motions | February 3, 2023 |
| Deadline to Participate in Mediation | February 17, 2023 |
| Deadline to file *Daubert* Motions | February 24, 2023 |
| Joint Final Pretrial Meeting | June 30, 2023 |
| Motions *in Limine*, Trial Briefs | July 12, 2023 |
| Proposed Jury Instructions, Verdict Form, Joint Final Pretrial Statement | July 14, 2023 |
| Final Pretrial Conference | July 28, 2023 |
| Trial Term Begins | August 1, 2023 |

*Mastercard does not agree that the parties may identify new witnesses, as opposed to having the parties' existing expert witnesses supplement their previous reports. However, because Plaintiffs have indicated that they **may** use a different expert witness, Mastercard has agreed to include a date for the identification of such witness so that Mastercard can raise this dispute to the Court once it becomes ripe for review.

**Pending the outcome of Plaintiffs' subpoena process, Mastercard expressly reserves the right to move for de-certification of the Stand-Alone Fax Machine Class at any time up to and including the deadline for dispositive motions.

Dated: June 1, 2022          **DORSEY & WHITNEY LLP**

By: *s/ Christopher G. Karagheuzoff*
Christopher G. Karagheuzoff (*pro hac vice*)
Jonathan Montcalm (*pro hac vice*)

51 W. 52nd Street

New York, New York 10019
(212) 415-9200
karagheuzoff.christopher@dorsey.com
montcalm.jonathan@dorsey.com

Gabriel Hartsell
2398 E. Camelback Road, Suite 760
Phoenix, AR 85016
(602) 735-2700
hartsell.gabriel@dorsey.com

*Attorneys for Defendant Mastercard International Incorporated.*

By:     */s/ Ross M. Good*
      Ross M. Good – FL Bar No.: 116405

Ross M. Good – FL Bar No.: 116405
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500
rgood@andersonwanca.com
rkelly@andersonwanca.com

*Attorneys for Plaintiffs and Certified Class*

Daniel A. Edelman (*pro hac vice*)
Heather Kolbus (*pro hac vice*)
EDELMAN COMBS LATTURNER & GOODWIN
20 S. Clark St., Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
dedelman@edcombs.com
hkolbus@edcombs.com

Curtis C. Warner (*pro hac vice*)
5 E. Market St., Suite 250
Corning, NY 14830
(888) 551-8685 (TEL)
cwarner@warner.legal

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of June, 2022, the foregoing document was served via the Court's electronic filing system.

Dated: New York, New York
June 1, 2022

**DORSEY & WHITNEY LLP**

By: */s/ Jonathan Montcalm*
Jonathan Montcalm (*pro hac vice*)

51 W. 52nd Street
New York, New York 10019
Tel: (212) 415-9200
montcalm.jonathan@dorsey.com

*Attorneys for Defendant Mastercard International Incorporated.*

**Ross M. Good**
**Ryan M. Kelly**
ANDERSON & WANCA
Suite 500
3701 Algonquin Rd
Rolling Meadows, IL 60008
847-368-1500
rgood@andersonwanca.com
rkelly@andersonwanca.com

**Curtis C. Warner** (*pro hac vice*)
5 E. Market Street, Suite 250
Corning, NY 14830
888-551-8685
cwarner@warner.legal

*Attorneys for Plaintiffs and Certified Class*

**Daniel A. Edelman** (*pro hac vice*)
**Heather A. Kolbus** (*pro hac vice*)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-419-0379
dedelman@edcombs.com
hkolbus@edcombs.com