UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., WILLIAM P. GRESS, and FLORENCE MUSSAT M.D., S.C., individually and on behalf of a Class, <br><br> Plaintiffs, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INC., ET AL., <br><br> Defendants. | No. 2:16-cv-00041-JLB-NPM |

**CHANGE OF ADDRESS AND TELEPHONE NUMBER**

PLEASE TAKE NOTICE, that the address and telephone number for Curtis C. Warner has changed to the following:

Curtis C. Warner
85 Denison Parkway E #186
Corning, NY 14870
(607) 438-3011

        Respectfully submitted,
        /s/ Curtis C. Warner
         Curtis C. Warner

Curtis C. Warner
85 Denison Parkway E #186
Corning, NY 14870
(607) 438-3011
cwarner@warner.legal