UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SCOMA CHIROPRACTIC, P.A., WILLIAM P. GRESS
and FLORENCE MUSSAT M.D., S.C.,**

    Plaintiffs,

v.                                           Case No. 2:16-cv-41-JLB-NPM

**DENTAL EQUITIES, LLC, JOHN DOES 1-10, and
MASTERCARD INTERNATIONAL INCORPORATED,**

    Defendants/Third Party Plaintiff

**PEER EQUITIES, LLC**

    Third Party Defendant.

---

## **FIFTH AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Having granted a joint motion for extension of pretrial deadlines the court revises the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
|---|---|
| **Deadline for Expert Depositions (limited in scope to information contained in supplemental expert reports)** | 1/23/2023 |
| **Deadline to file Dispositive Motions and Class Certification Motions** | 2/13/2023 |
| **Deadline to file Opposition to Dispositive Motions and Class Certification Motions** | 3/3/2023 |
| **Deadline to file *Daubert* Motions**[1] | 3/24/2023 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Joint Final Pretrial Meeting** | 7/31/2023 |
| **Motions *in Limine*, Trial Briefs** | 8/8/2023 |
| **Proposed Jury Instructions, Verdict Form, Joint Final Pretrial Statement** | 8/16/2023 |
| **Final Pretrial Conference** | 8/25/2023 |
| **Trial Term Begins** | 9/5/2023 |

All other provisions of the court's prior scheduling orders remain in effect.

**ORDERED** on December 27, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE