UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A.,
WILLIAM P. GRESS, and
FLORENCE MUSSAT M.D., S.C.,

    Plaintiffs,

v.                                                                                                   2:16-cv-41-JLB-NPM

DENTAL EQUITIES, LLC,
JOHN DOES 1-10, and
MASTERCARD INTERNATIONAL INCORPORATED,

    Defendants/Third Party Plaintiff

PEER EQUITIES, LLC,

    Third Party Defendant.

---

# ORDER

Before the court is Plaintiffs' motion to compel compliance with a Rule 45 subpoena to non-party Cox Communications, Inc. For the reasons discussed below, the court grants the motion.

A non-party has the earlier of the time specified for compliance or fourteen days after the subpoena is served to make an objection. Fed. R. Civ. P. 45(d)(2)(B). Generally, when a party or non-party fails to timely object to "interrogatories, production requests, or other discovery efforts, the objections are deemed waived . . . even [if] a party had an objection to make." *Bailey Indus., Inc. v. CLJP, Inc.*, 270

F.R.D. 662, 668 (N.D. Fla. 2010) (internal citations omitted) (finding non-party waived an objection to invoice request when it failed to property object in a timely manner); *see also Rollins v. Banker Lopez & Gassler*, No. 8:19-cv-2336-T-33SPF, 2020 WL 1939396, *1 (M.D. Fla. Apr. 22, 2020) ("[F]ailure to make timely objections to the discovery waives those objections."); Middle District Discovery § III(A)(6) (February 1, 2021) ("Absent compelling circumstances, failure to assert an objection to a request for production within the time allowed for responding constitutes a waiver and will preclude a party from asserting the objection in response to a motion to compel.").

Plaintiffs served Cox with the subpoena on May 17, 2022. Plaintiffs attempted to contact Cox regarding the subpoena for months, and in September, Cox acknowledged the subpoena and stated that it would respond within twenty business days. (Doc. 229-6). Cox later represented that it would respond by October 18, 2022. (Doc. 229 at 4). But as of the date Plaintiffs filed their motion, Cox has yet to respond. Cox never objected to the subpoena under Rule 45(d)(2)(B). And Plaintiffs informed Cox of this motion to compel (Doc. 229-10), but no opposition was filed.

Accordingly, Plaintiffs' motion to compel (Doc. 229) is **granted**. If Cox has not already complied with the subpoena, Plaintiffs must immediately deliver this order to Cox, and within fourteen days thereafter, Cox must provide the information

- 3 -

requested in the subpoena. Failure to comply with this order may subject Cox to sanctions.

                              **ORDERED** on July 23, 2023.

                              */s/ Nicholas P. Mizell*
                              NICHOLAS P. MIZELL
                              UNITED STATES MAGISTRATE JUDGE