## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MEYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., WILLIAM P. GRESS, and FLORENCE MUSSAT M.D., S.C., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INC.,<br><br>Defendant. | No. 2:16-cv-41-FtM-66MRM |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Doc. 320), Plaintiffs, Scoma Chiropractic, P.A., Florence Mussat, M.D., S.C., and Dr. William P. Gress ("Plaintiffs"), and Defendant, Mastercard International Inc. ("Mastercard"), state as follows:

1. On December 5, 2024, the Court stayed this matter pending a decision by the Eleventh Circuit in *Marc Irwin Sharman, M.D., P.A. v. Precision Imaging St. Augustine, LLC*, No. 24-90023 (11th Cir.) ("*Precision Imaging*"). (Doc. 320).

2. The Court ordered that "[t]he parties shall file a joint status report on March 5, 2025 and every ninety (90) days thereafter," and that the parties shall "file a notice with the Court within seven (7) days after the issuance of the 11th Circuit's opinion in *Precision Imaging*." (*Id.*)

3. In the *Precision Imaging* appeal, the plaintiff-petitioner filed its opening brief on December 20, 2024, and the defendant-respondent filed its answer brief on February 13, 2025. The reply brief is currently due March 6, 2025.

4.       Both parties in the *Precision Imaging* appeal have requested that the Eleventh Circuit hold oral argument, but no argument date has been set.

                              Respectfully submitted,

| DORSEY & WHITNEY LLP | By:   /s/ Glenn L. Hara |
|---|---|
| By:   *s/ Christopher G. Karagheuzoff* | Glenn L. Hara (*pro hac vice*) |
| | ANDERSON + WANCA |
| Christopher G. Karagheuzoff (pro hac vice) | 3701 Algonquin Road, Suite 500 |
| Jonathan Montcalm (pro hac vice) | Rolling Meadows, IL 60008 |
| | Telephone: (847) 368-1500 |
| 51 W. 52nd Street | ghara@andersonwanca.com |
| New York, New York 10019 | |
| (212) 415-9200 | Daniel A. Edelman (*pro hac vice*) |
| karagheuzoff.christopher@dorsey.com | Heather Kolbus |
| montcalm.jonathan@dorsey.com | EDELMAN COMBS LATTURNER |
| | & GOODWIN |
| Gabriel M. Hartsell | 20 S. Clark St., Suite 1800 |
| Florida Bar No. 89345 | Chicago, IL 60603 |
| 2325 East Camelback Road, Suite 300 | Telephone: (312) 739-4200 |
| Phoenix, Arizona 85016 | dedelman@edcombs.com |
| (602) 735-2700 | hkolbus@edcombs.com |
| hartsell.gabriel@dorsey.com | |
| | Curtis C. Warner (*of counsel*) |
| *Attorneys for Defendant Mastercard International Incorporated* | Kelley & Evanchek PC |
| | 43695 Michigan Ave. |
| | Canton, Michigan 48188 |
| | (734) 245-9555 (Dir. Cell) |
| | cwarner@warner.legal |
| | |
| | Michael C. Addison |
| | Florida Bar No. 0145579 |
| | Addison Law Office, P.A. |
| | 1304 Alicia Avenue |
| | Tampa, Florida 33604 |
| | (813) 223-2000 |
| | mca2175@hotmail.com |
| | |
| | *Attorneys for Plaintiffs* |

3

**CERTIFICATE OF SERVICE**

    I declare under penalty of perjury that on March 5, 2025, a copy of the Joint Status Report was filed with the CM/ECF system, which will serve copies on all parties of record.

/s/ Glenn L. Hara